# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DIPONIO CONSTRUCTION CO., INC., | Case No. 10-10607 |
| Plaintiff, | |
| v. | SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW |
| INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 9, | UNITED STATES MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendant, | |
| and | |
| NATIONAL LABOR RELATIONS BOARD, | |
| Intervening Party. | |
| _____/ | |

## JUDGMENT

In accordance with the Order entered September 22, 2010, and the Court having adopted the Magistrate Judge's Report and Recommendation as to there being no subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that this case shall be **DISMISSED WITHOUT PREJUDICE**.

DAVID J. WEAVER, CLERK OF THE COURT

BY: s/ Lisa M. Ware
Deputy Clerk

Approved:

s/ ARTHUR J. TARNOW
Arthur J. Tarnow,
Senior United States District Judge

Dated: September 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2010, by electronic and/or ordinary mail.

s/ LISA M. WARE
Case Manager